United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX I. ACUNA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARCUS POLLARD, et al.,<br><br>          Defendants. | Case No. 21-08376 EJD (PR)<br><br>**ORDER OF TRANSER** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint against personnel at the RJ Donovan Correctional Facility in San Diego. Dkt. No. 1. Because the acts complained of occurred in San Diego County, which lies within the venue of the Southern District of California, see 28 U.S.C. § 84(d), and defendants likely reside in that district, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Southern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Southern District of California.

**IT IS SO ORDERED.**

Dated: 11/8/2021

EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.21\08376.Acuna_transfer (SD)